UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ROBIN L. SIMS AND GARY SIMS : NUMBER: 5:07CV0002
INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILDREN,
BOBBY L. SIMS AND STEVEN SIMS

VERSUS

AMERICAN ECONOMY INSURANCE
COMPANY, BRIGHT TRUCK LEASING,
L.P., AND FIDENCIA MARTINEZ AQUILAR

### JUDGMENT OF DISMISSAL

On Motion of counsel for Plaintiffs, Robin L. Sims and Gary Sims, individually and on behalf of their minor children, Bobby L. Sims and Steven Sims in the above entitled and numbered cause:

IT IS ORDERED, ADJUDGED AND DECREED that said suit be dismissed, with prejudice, with defendants to bear all court costs.

DONE, READ AND SIGNED in Chambers, this __13th__ day of __September__, 2007.

_____
~~HONORABLE JUDGE S. MAURICE HICKS~~
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
U.S. Magistrate Judge